# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

—————————

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

—————————

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

—————————

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

---

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

---

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

---

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

---

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"

# United States Court of Appeals
## For the First Circuit

---

No. 11-1217

UNITED STATES OF AMERICA,

Appellee,

v.

IMARTHA VIXAMAR,

Defendant, Appellant.

---

No. 11-1251

UNITED STATES OF AMERICA,

Appellee,

v.

MARY SAINTFLEUR,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2012, is amended as follows:

On page 22, line 8, "7" should be "6"